IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: <br><br> PATRICK JOSEPH MURPHY, an individual <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-10145 <br><br> Honorable Carol A. Doyle |
| BLU PETROLEUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK JOSEPH MURPHY, Chapter 7 Debtor, <br><br> Defendant. | Adversary Proceeding <br> No. 21 A 00220 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiff, Blu Petroleum, Inc., and Defendant, Patrick Joseph Murphy, that all claims in the above-captioned action shall be dismissed with prejudice, and with each party to bear its or his respective costs.

Respectfully submitted,

Blu Petroleum, Inc.

By:  /s/ William W. Thorsness
                One of Its Attorneys

Anthony J. Ashley
William W. Thorsness
Zachary J. Watters
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Patrick Joseph Murphy

By: /s/ Matthew Hector
             One of His Attorneys

Matthew Hector
ARDC 6283058
O'Flaherty Law, P.C.
1515 Legacy Circle
Naperville, IL 60563
(630) 324-6666

Dated: June 10, 2022

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** was served on:

> Matthew H. Hector
> O'Flaherty Law, P.C.
> 1515 Legacy Circle
> Naperville, IL 60563
> (630) 324-6666
> matt.hector@oflaherty-law.com

via the court's electronic court filing system on **June 10, 2022**.

/s/  William W. Thorsness